# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Larissa Tessier and Zach Tessier, | )<br>) |
| Plaintiffs, | ) **ORDER ADOPTING STIPULATION**<br>) **FOR CONTINUANCE** |
| vs. | )<br>) |
| American Family Insurance Company, | )<br>) Case no. 1:12-cv-027 |
| Defendant. | ) |

Before the court is a Stipulation for Continuance filed by the parties on January 17, 2013. The court **ADOPTS** the parties' stipulation (Docket No. 14). The trial set commence on February 25, 2013, shall be rescheduled for April 9, 2013, at 9:30 a.m. in Bismarck before the undersigned. A four (4) day trial is anticipated. The final pretrial conference set for February 12, 2013, shall be rescheduled for March 26, 2013, at 1:30 p.m. by telephone. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 18th day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court