# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | |
|---|---|
| Larissa Tessier and Zach Tessier, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| American Family Mutual Insurance ) | |
| Company, ) | Case No. 1:12-cv-027 |
| ) | |
| Defendant. ) | |

On April 29, 2013, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Docket No. 31) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without costs, disbursements, or attorney's fees to any party.

Dated this 30th day of April, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge